# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS AMOUREUX, an individual also known as Tess, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation doing business in Washington State, <br><br> Defendant. | NO: 4:17-CV-5158-RMP <br><br> ORDER TO REMAND |

BEFORE THE COURT is the parties' stipulated Motion to Remand to Benton County Superior Court. ECF No. 4. The parties agree that "Plaintiff's claimed damages . . . do not exceed the required jurisdiction limits." ECF No. 4 at 2. The Court finds remand appropriate due to a lack of subject matter jurisdiction. *See* 28 U.S.C. § 1332; 28 U.S.C. § 1447. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 4**, is **GRANTED**.
2. This case is **REMANDED** to Benton County Superior Court.

ORDER TO REMAND ~ 1

3. Each party shall bear its own attorney fees and costs with respect to the removal and remand of this matter.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, provide a certified copy of this Order to the Clerk of Benton County Superior Court, and **close** this file.

**DATED** December 1, 2017.

                                      *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                   United States District Judge